Form 1B:1. Caption, O'Connor's Federal Civil Forms Form 1B:1 (2025 ed.)

O'Connor's Federal Civil Forms Form 1B:1 (2025 ed.)

United States Courts
Southern District of Texas
FILED

FEB 09 2026

Nathan Ochsner, Clerk of Court

O'Connor's Federal Civil Forms

Chapter 1. General Trial Forms

Caption

# Form 1B:1. Caption

IN THE UNITED STATES DISTRICT COURT FOR THE

{ region, if any}   DISTRICT OF { state} ,

{ city or geographic designation, if any}   DIVISION

| | |
|---|---|
| { Name} , | § |
| | § |
| Plaintiff, | § |
| Hilda Farias ALi | |
| | § |
| v. | § |
| | § |
| { Name} , | § |
| | § |
| Defendant. | § |

Civil Action No. { number}

Notes  Houston Police Dept
100 Glenborough Dr.
Houston, Texas 77067

See

Fed. R. Civ. P. 7(b)(2), 10(a)

"Caption," **O'Connor's Federal Rules * Civil Trials**, ch. 1-B, § 2.1.3 (2025 ed.)

On December 23, 2025, I called 911 because someone was trying to kick down my door. When HPD arrived officer Rivera stole my jewelry then illegally arrested + would not tell me what I did. All of my Jesus Christ decorations were destroyed in front outside my front door.
I was charged will "silence command to 911"

I would like to File a lawsuit on HPD
For   1. illegal arrest
      2. verbal abuse
      3. intimidation
      4. installing a hacking device in my car = Toyota Solara 2007   License plate: VCJ7054
      5. protecting criminals who committed crimes to me
      6. Falsifying information on police reports
      7. Harrassment
      8. Emotion distress
      9. Tampering + not collecting evidence
      10. severe life endangerment